1628-15

COA # 08-13-00323-CR          OFFENSE: 19.02

STYLE: Roger Evan Garrett v. The State of Texas          COUNTY: El Paso

COA DISPOSITION: AFFIRM          TRIAL COURT: 168th District Court

DATE: 11/4/15          Publish: no   TC CASE #: 20130D01613

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Roger Evan Garrett v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: **1628-15**
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: _05/04/2016_          SIGNED: _____   PC: _____
JUDGE: _____          PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____